1  JOHN D. BUCHANAN, State Bar No. 119584
   John.Buchanan@sce.com
2  TANYA A. GUZMAN, State Bar No. 252256
3  Tanya.guzman@sce.com
4  SOUTHERN CALIFORNIA EDISON COMPANY          JS-6
   2244 Walnut Grove Avenue, Suite 360
5  Rosemead, CA  91770
   Tel:  (626) 302-6674
6  Fax: (626) 302-1910
   Attorneys for SOUTHERN CALIFORNIA EDISON COMPANY
7

8              *UNITED STATES DISTRICT COURT*

9              *CENTRAL DISTRICT OF CALIFORNIA*

10

11 | ROBIN HILLEMANN, an individual, | ) Case No. CV11-4467-R
12 |                                  | ) *Honorable Manuel L. Real*
13 |                Plaintiff,        | ) **JUDGMENT ON DEFENDANT**
14 |       v.                         | ) **SOUTHERN CALIFORNIA**
15 | SOUTHERN CALIFORNIA              | ) **EDISON COMPANY'S MOTION**
   | EDISON COMPANY, a California     | ) **FOR SUMMARY JUDGEMENT**
16 | corporation, and DOES 1 to 10,   | ) Date:    March 5, 2012
17 | inclusive,                       | ) Time:    10:00 a.m.
18 |                Defendant.        | ) Room:    8
19 |                                  | ) Action Filed:   April 19, 2011
   |                                  | ) Trial Date:     April 3, 2012
20
21
22
23
24

                                                              CV11-4467-R
           [PROPOSED] JUDGMENT ON SCE'S MOTION FOR SUMMARY JUDGMENT

Defendant Southern California Edison Company's ("SCE") Motion for Summary Judgment was heard on March 5, 2012 at 10:00 a.m. before this Court in Courtroom 8, the Honorable Manuel L. Real presiding. Deborah Birndorf appeared for Plaintiff Robin Hillemann, and Tanya A. Guzman and John Buchanan appeared for Defendant Southern California Edison Company.

After full consideration of the evidence, the Statement of Uncontroverted Facts and Conclusions of Law, the Points and Authorities and arguments offered by both parties, the Court finds that there is no triable issue of fact pertaining to Plaintiff's causes of action, and that SCE is entitled to summary judgment on all claims as a matter of law.

IT IS HEREBY ORDERED that SCE's Motion for Summary Judgment is GRANTED in its entirety for the following reasons:

1. The uncontroverted evidence shows that Plaintiff's First Cause of Action for Disability Discrimination in Violation of the Americans with Disabilities Act ("ADA") fails as a matter of law because there is no evidence that SCE failed to provide Plaintiff with a reasonable accommodation, or discriminated against Plaintiff because of her medical condition.

2. The uncontroverted evidence shows that Plaintiff's Second Cause of Action for Harassment in Violation of the ADA fails as a matter of law because there is no evidence of severe or pervasive harassment. All alleged acts of harassment were isolated instances and did not evidence the frequency or severity required to sustain an action for harassment.

3. The uncontroverted evidence shows that Plaintiff's Third Cause of Action for Retaliation in Violation of the ADA fails as a matter of law because there is no evidence that Plaintiff was subjected to any adverse employment action.

4. The uncontroverted evidence shows that Plaintiff's Fourth Cause of Action for Failure to Provide Reasonable Accommodation in Violation of the ADA fails as a matter of law because there is no genuine dispute that Defendant took multiple actions to accommodate Plaintiff's disability and, therefore, cannot be found to have failed to provide a reasonable accommodation.

5. The uncontroverted evidence shows that Plaintiff's Fifth Cause of Action for Failure to Engage in the Interactive Process in Violation of the ADA fails as a matter of law because there is no evidence that SCE did not engage in the interactive process in good faith.

Accordingly, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant SCE is entitled to summary judgment on all causes of action alleged in Plaintiff's First Amended Complaint as a matter of law.

DATED: __March 27, 2012__  _____
                             Honorable Manuel L. Real
                             Judge of the United States
                             District Court